**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division**

Chubby Gorilla, Inc.

          Plaintiff,

v.

Case No.: 1:24−cv−13000

Honorable Sara L. Ellis

The Partnerships and Unincorporated Associations Identified in Schedule A

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 7, 2025:

    MINUTE entry before the Honorable Sara L. Ellis: Telephone conference held. Plaintiff's motion for leave to file documents under seal [3] is granted. Motion for reassignment of related cases [7] is moot. Amended motion for reassignment of related cases 24−cv−13005, 24−cv−13021, 24−cv−13027, 24−cv−13031 24−cv−13034, and 25−cv−00118 [13] is granted. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.