**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHUBBY GORILLA, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", <br><br> Defendants. | Case No. 1:24-cv-13000 <br><br> Judge Sara L. Ellis <br> Magistrate Judge Laura K. McNally |

## <u>MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF CHUBBY GORILLA, INC.</u>

Plaintiff Chubby Gorilla, Inc. ("Chubby Gorilla") respectfully moves the Court for entry of an Order granting this motion to withdraw Knobbe Martens LLP and Marko R. Zoretic as counsel for Plaintiff in the above-captioned action. Defendants will not be prejudiced by the Court granting this motion as Chubby Gorilla will continue to be represented by Zareefa B, Flener, James E. Judge, and Ying Chen of Flener IP Law, LLC and Brian O'Donnell of Morgan, Lewis & Bockius LLP, who have already entered appearances for Plaintiff in this action. This motion complies with Local Rule 83.17.

Dated: March 4, 2025                                Respectfully submitted,

                                                   /s/ *Marko R. Zoretic*

                                                   Marko R. Zoretic (CA Bar. No. 233952)
                                                   KNOBBE, MARTENS, OLSON & BEAR, LLP
                                                   2040 Main Street, Fourteenth Floor
                                                   Irvine, CA 92614
                                                   T: (949) 760-0404
                                                   F: (949) 760-9502
                                                   Marko.Zoretic@knobbe.com

                                                   Zareefa B. Flener (IL Bar No. 6281397)
                                                   James E. Judge (IL Bar No. 6243206)
                                                   Ying Chen (IL Bar No. 6346961)
                                                   Flener IP Law, LLC
                                                   77 W. Washington St., Ste. 800
                                                   Chicago IL 60602
                                                   (312) 724-8874
                                                   jjudge@fleneriplaw.com
                                                   ying@fleneriplaw.com
                                                   zflener@fleneriplaw.com

                                                   Brian P O'Donnell (IL Bar No. 6275621)
                                                   Morgan, Lewis & Bockius LLP
                                                   110 North Wacker Drive, Suite 2800
                                                   Chicago, IL 60606-1511
                                                   312-324-1000
                                                   Email: brian.odonnell@morganlewis.com

                                                   *Counsel for Plaintiff, Chubby Gorilla, Inc.*